AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ ARIZONA _____

N.A.A.M.J.P., et. al

         Plaintiff (s),

V.

ARIZONA SUPREME COURT, et. al

         Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:12-cv-01724-GMS

Notice is hereby given that, subject to approval by the court, __N.A.A.M.J.P. et. al__ substitutes
                                                                             (Party (s) Name)

__JOSEPH ROBERT GIANNINI__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __GRANT JOSEPH SAVOY__
                  (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: _____
    Address: 12016 Wilshire Blvd., Ste 5
    Telephone: (310) 207-1776     Facsimile (310) 207-1779
    E-Mail (Optional): _____

I consent to the above substitution.

Date: _____

                                                 (Signature of Party (s))

I consent to being substituted.

Date: 1/28/2013

                                            (Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____

                                               (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/5/13                                                     _Joseph Robert_
                                                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]